

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-14-00561-CV

Noe **GARCIA** and Iris Garcia,
Appellants

v.

Gloria **GARCIA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-335
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

Sitting:       Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason K. Pulliam, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court